IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Robert Derince Holloman, Plaintiff, v. Lt. Singleton; Officer Templeton, Defendants. | ) | Case No. 1:25-cv-11151-JDA **OPINION AND ORDER** |

This matter is before the Court on a motion to dismiss or, in the alternative, for summary judgment filed by Defendants Lt. Singleton and Officer Templeton and Plaintiff Robert Derince Holloman's motion to compel. [Docs. 37; 49.] In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Kaymani D. West for pre-trial proceedings.

On August 18, 2025, the Clerk filed a pro se Complaint from Plaintiff against Defendants. [Doc. 1.] On April 2, 2026, Defendants filed their motion to dismiss or, in the alternative, for summary judgment. [Doc. 37.] On May 6, 2026, the Clerk docketed a response from Plaintiff opposing the motion. [Doc. 41.]

On October 20, 2026, the case was reassigned from Magistrate Judge West to Magistrate Judge Everett E. McMillian (the "Magistrate Judge"). [Doc. 44.] On October 28, 2026, the Magistrate Judge issued a Report and Recommendation (the "Report") recommending that Defendants' motion be granted and that the action be dismissed with prejudice and without leave to amend pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. [Doc. 47.] The Magistrate Judge advised the parties of the procedures and requirements for filing objections to the Report and the serious consequences if they failed to do so. [Doc. 47-1.] The Clerk docketed Plaintiff's motion

to compel on November 20, 2026, and docketed objections from Plaintiff to the Report on November 23, 2026. [Docs. 49; 50.]

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

Plaintiff's objections in this case fail to engage the Magistrate Judge's analysis. Nonetheless, out of an abundance of caution for the pro se Plaintiff, the Court has reviewed de novo the record in this case, the applicable law, and the Report of the Magistrate Judge. Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, Defendant's motion to dismiss or, in the alternative, for summary judgment [Doc. 37] is GRANTED, and this action is DISMISSED with prejudice and without leave to amend. Plaintiff's motion to compel [Doc. 49] is FOUND AS MOOT.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin

United States District Judge

November 23, 2026
Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.